# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Donald Roth,

                    Petitioner,                    Civil No. 09-2163 (RHK/FLN)

vs.                                                **ORDER**

Scott Fisher,

                    Respondent.

---

Petitioner has advised the Court that he has "settled all issues with the institution and hereby withdraw said submissions and pleading." (Doc. No. 6).  Accordingly, said Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated:  August 21, 2009

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge